**STATE of Missouri, Respondent,**

v.

**Richard CARTER, Appellant.**

**No. ED 103570**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: February 28, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
10, 2017

Application for Transfer Denied
June 27, 2017

Chris Koster, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Maleaner Harvey, Assistant Public Defender, St. Louis, MO, for Appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Richard Carter appeals the judgment entered upon a jury verdict convicting him of multiple counts of first-degree statutory rape, first-degree statutory sodomy, second-degree statutory rape, and second-degree statutory sodomy. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).